UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE COMPANY,
GEICO INDEMNITY COMPANY, GEICO GENERAL
INSURANCE COMPANY and GEICO CASUALTY          Docket No.: 1:22-cv-01215
COMPANY,

                        Plaintiffs,

      -against-

FAISAL MASOOD, D.C.,
MASOOD CHIROPRACTIC DIAGNOSTIC P.C.,
GENTLE TOUCH CHIROPRACTIC CARE PLLC, and
JOHN DOE DEFENDANTS "1" THROUGH "10",

                        Defendants.
-------------------------------------------------------------------X

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the Plaintiffs, GOVERNMENT EMPLOYEES INSURANCE COMPANY, GEICO INDEMNITY COMPANY, GEICO GENERAL INSURANCE COMPANY and GEICO CASUALTY COMPANY, in the above-titled action.

Dated:       Uniondale, New York
              March 7, 2022

                                  RIVKIN RADLER LLP

                         By:    /s/ *Barry I. Levy*
                                Barry I. Levy, Esq.
                                926 RXR Plaza
                                Uniondale, New York 11556-0926
                                RR File No.    005100.03274
                                Telephone:    (516) 357-3000
                                Facsimile:     (516) 357-3333